Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ISAAC MICHAEL CONTRERAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MICHAEL CONTRERAS ) | Case No.: 1:17-cv-00368-BAM |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including November 27, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the March 16, 2017 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 30, 2017**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

-1-